state facts sufficient to constitute a cause of action?

---

In re THIRTY–EIGHTH ST. IN CITY OF NEW YORK. In re PORTER et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application of the City of New York, etc., relative to acquiring title, etc., for ferry purposes. Thirty-Eighth Street, etc. The City of New York appeals, and David Porter and Thomas P. Graham are respondents. No opinion. Order modified, by fixing the taxation of the fees of the claimants, Porter and Graham, at the sum of $4,000 for each, and, as thus modified, order affirmed, without costs of this appeal. See, also, 139 N. Y. Supp. 1147.

---

In re THIRTY–EIGHTH ST. IN CITY OF NEW YORK. In re PORTER et al. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) In the matter of the application of the City of New York relative to acquiring title, etc. Thirty-Eighth Street, etc. The City of New York appeals, and David Porter and Thomas P. Graham are respondents. No opinion. Motion denied, without costs. See, also, 139 N. Y. Supp. 1147.

---

In re THIRTY–EIGHTH ST. IN CITY OF NEW YORK. In re STONE. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application of the City of New York, etc., relative to acquiring title, etc. The City of New York appeals, and William Stone is respondent. No opinion. Order modified, by fixing the taxation of the fees of the claimant, Stone, at the sum of $4,000, and, as thus modified, order affirmed, without costs of this appeal. See, also, 139 N. Y. Supp. 1147.

---

In re THIRTY–EIGHTH ST. IN CITY OF NEW YORK. In re STONE. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) In the matter of the application of the City of New York relative to acquiring title, etc., for ferry purposes. Thirty-Eighth Street, etc. The City of New York appeals, and William Stone is respondent. No opinion. Motion denied, without costs. See, also, 139 N. Y. Supp. 1147.

---

35% AUTOMOBILE SUPPLY CO., Respondent, v. RUBLY, Appellant. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by the 35% Automobile Supply Company against William Rubly. H. Jones, of New York City, for appellant. H. B. Tibbetts, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

THOMY et al., Appellants, v. BELCHER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Jacob Thomy and another against Alvah E. Belcher and others. No opinion. Judgment affirmed, with costs.

---

THROCKMORTON v. HOWELL. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by C. Wickliffe Throckmorton against Wm. S. Howell. No opinion. Motion granted, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1147.

---

THROCKMORTON v. HOWELL. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by C. Wickliffe Throckmorton against Wm. S. Howell. No opinion. Motion denied, without costs. Settle order on notice. See, also, 139 N. Y. Supp. 1147.

---

TIOGA MILL & ELEVATOR CO., Respondent, v. O. G. SPANN GRAIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1913.) Action by the Tioga Mill & Elevator Company against the O. G. Spann Grain Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

TISDALE LUMBER CO., Respondent, v. READ REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by the Tisdale Lumber Company against the Read Realty Company, Gustave A. Cooper being also a respondent. No opinion. Motion denied, without costs. See, also, 138 N. Y. Supp. 829.

---

In re TOBEY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) In the matter of the estate of Eunice Jane Tobey, deceased. No opinion. Decree affirmed, with costs.

---

TOMS, Respondent, v. TOWN OF NEWFANE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Imo W. Toms against the Town of Newfane.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish actionable negligence against the defendant.

KRUSE, J., dissents.

---

TOWNSEND, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Florence E. Townsend against George S. Townsend. No opinion. Judgment affirmed by default, with costs. See, also, 138 N. Y. Supp. 1146.